# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ, | Case No.  1:15-cv-01684-SAB |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Alicia Hernandez filed this action on November 5, 2015.  The summonses were issued on November 6, 2015.  Pursuant to the scheduling order issued on November 6, 2015, unless other provision is made pursuant to an application to proceed in forma pauperis, appellant is required to effect service within twenty days of filing the complaint and file a return of service with this court.  More than twenty days have passed and Plaintiff has not filed a return of service with the Court, nor does the record reflect that service was referred to the United States Marshall.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within ten (10) days informing the Court of the status of service on Defendant in this action.

IT IS SO ORDERED.

Dated:    **December 3, 2015**

_____
UNITED STATES MAGISTRATE JUDGE