UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ,<br><br>   Plaintiff,<br><br> vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant | Case No.: 1:15-cv-01684-SAB<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before August 12, 2016;
2. Defendant's opposition shall be filed on or before September 12, 2016; and
3. Plaintiff's reply, if any, shall be filed on or before September 27, 2016.

IT IS SO ORDERED.

Dated: __**June 13, 2016**__

              UNITED STATES MAGISTRATE JUDGE