# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No.  1:15-cv-01684-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 14) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.     Plaintiff's opening brief shall be filed on or before September 21, 2016;

2.     Defendant's opposition shall be filed on or before October 21, 2016; and

3.     Plaintiff's reply, if any, shall be filed on or before November 7, 2016.

IT IS SO ORDERED.

Dated:     **August 15, 2016**

_____
UNITED STATES MAGISTRATE JUDGE