# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.  1:15-cv-01684-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 16, 17) |

    Plaintiff Alicia Hernandez filed this action seeking review of the Commissioner's denial of Social Security benefits on November 5, 2015.  On August 15, 2016, an order issued addressing the parties' stipulation for an extension of time for Plaintiff to file an opening brief. Plaintiff's opening brief was to be filed on or before September 21, 2016.  (ECF No. 15.) Plaintiff did not file an opening brief by September 21, 2016, or seek another extension of time. On September 23, 2016, this Court issued an order requiring Plaintiff to show cause why sanctions should not issue for her failure to prosecute.  (ECF No. 16.)  Plaintiff filed a response on September 28, 2016.  (ECF No. 17.)  Based on the response, the Court shall discharge the order to show cause.

    Accordingly, IT IS HEREBY ORDERED that:

1.    The order to show cause filed on September 23, 2016, is DISCHARGED;

2.    Plaintiff's opening brief shall be filed on or before October 14, 2016;

1

3. Defendant's opposition shall be filed on or before November 14, 2016; and

4. Plaintiff's reply, if any, shall be filed on or before November 29, 2016.

IT IS SO ORDERED.

Dated: **September 29, 2016**

UNITED STATES MAGISTRATE JUDGE