# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY.<br><br>Defendant. | Case No.  1:15-cv-01684-SAB<br><br>ORDER GRANTING STIPULATION FOR RENEWED REQUEST FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 22) |

Plaintiff Alicia Hernandez filed this action seeking review of the Commissioner's denial of Social Security benefits on November 5, 2015.  On September 29, 2016, the Court set a new briefing schedule.  (ECF No. 18.)  Plaintiff's opening brief was filed on October 14, 2016, in accordance with the briefing schedule.  (ECF No. 19.)  Defendant's opposition was due on November 14, 2016.

After the Defendant's deadline had passed for filing her opposition, on November 16, 2016, Defendant filed a stipulation for an extension of time to file the opposition to Plaintiff's opening brief.  (ECF No. 20.)  On November 17, 2016, the Court denied Defendant's stipulation for an extension of time without prejudice subject to renewal.  (ECF No. 21.)  Defendant then filed a stipulation for a renewed request for an extension of time on November 17, 2016.  (ECF No. 22.)

Based upon a review of Defendant's stipulation for a renewed request for an extension of

time, Defendant is granted an extension to November 28, 2016, to file the opposition to Plaintiff's opening brief. Plaintiff's reply, if any, shall be filed on or before December 16, 2016.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's stipulation for a renewed request for an extension of time to file an opposition to Plaintiff's opening brief is GRANTED;

2. Defendant shall file an opposition to Plaintiff's opening brief on or before November 28, 2016; and

3. Plaintiff's reply, if any, shall be filed on or before December 16, 2016.

IT IS SO ORDERED.

Dated:   **November 18, 2016**

UNITED STATES MAGISTRATE JUDGE